# EXHIBIT LIST

<u>EXHIBIT A</u>
Affidavit of Service, Special Process Server

<u>EXHIBIT B</u>
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

<u>EXHIBIT C</u>
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

KING, POTTER, INC.

CASE NUMBER: **08 C 833**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

KING, POTTER, INC.
c/o LOIS CANNELL RAMON, REGISTERED AGENT
530 S. STATE STREET, SUITE 200
BELVIDERE, IL 61008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

-----------------------------
(By) DEPUTY CLERK



February 8, 2008
-----------------------------
Date

ClientCaseID: N7605/DPM
CaseID: 177210
Law Firm ID: WHITFIEL



CaseReturnDate: 3/14/08

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT
Case Number **08C833**

I,

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-000540   STEWART & ASSOCIATES 50 W. DOUGLAS ST #1200 FREEPORT IL 61032.

THAT HE SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   King, Potter, Inc.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING
COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

Date Of Service: 2/27/08   Time of Service: 1321   Date Of Mailing
PERSON SERVED Shelley Johnson, Office Manager
Age 45   Sex F   Race W   Height 5'5"   Build med   Hair BRN

LOCATION OF SERVICE   530 S State St. #200
Belvidere, IL, 61008

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____   2/28/08
NAME OF SERVER:   DATE:

AGENCY NAME:   STEWART AND ASSOCIATES
ADDRESS:   50 W. DOUGLAS STREET
CITY:   FREEPORT
ST:   IL.   ZIP   61032
PHONE:   (815)-235-3807

# Exhibit B

**Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) ) | Case No. 08 C 833 |
| v. | ) ) ) | Judge Kennelly |
| KING, POTTER, INC. | ) ) ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.  The Defendant submitted the contribution reports for the period August 2007 through December 2007 but did not pay the contributions. The reports show that $22,056.38 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $2,010.79 for the period August 2007 through December 2007.

6.  Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $2,482.39 for the period April 2007 through December 2007.

7.  The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $596.44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:       April 29, 2007

Signature:  _James Rosen_

2

50305  KING POTTER INC
   4224 RATCLIFF DR
   BELVIDERE   IL 61008

|        | FRINGES     | DUES       | LD'S       | INTEREST  |
|--------|-------------|------------|------------|-----------|
| Apr-07 | $0          | $0         | $152.99    | $0.00     |
| May-07 | $0          | $0         | $57.45     | $0.00     |
| Jun-07 | $0          | $0         | $81.08     | $0.00     |
| Jul-07 | $0          | $0         | $177.92    | $0.00     |
| Aug-07 | $4,143.18   | $405.48    | $524.08    | $172.52   |
| Sep-07 | $3,263.60   | $279.78    | $358.49    | $113.68   |
| Oct-07 | $4,717.44   | $417.98    | $440.81    | $131.37   |
| Nov-07 | $5,031.04   | $462.49    | $388.82    | $106.32   |
| Dec-07 | $4,901.12   | $445.06    | $300.75    | $72.55    |
| TOTAL  | $22,056.38  | $2,010.79  | $2,482.39  | $596.44   |

TOTAL AMOUNT DUE     $27,146.00

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through April 7, 2008

**Employer Information**

| | |
|---|---|
| File Number  50305<br>Name        KING POTTER INC<br>Address     4224 RATCLIFF DR<br>City, State BELVIDERE, IL. 61008-0830<br>Telephone | Page Number 1 of 3<br>Reference Number:  8-42<br>Date Printed: 04/07/2008 |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| August, 2007    | $ 4,143.18  | $ 524.08   | $ 172.52 | $ 4,839.78 |
| September, 2007 |   3,263.60  |   358.49   |   113.68 |   3,735.77 |
| October, 2007   |   4,717.44  |   440.81   |   131.37 |   5,289.62 |
| November, 2007  |   5,031.04  |   388.82   |   106.32 |   5,526.18 |
| December, 2007  |   4,901.12  |   300.75   |    72.55 |   5,274.42 |
| Grand Total     | $ 22,056.38 | $ 2,012.95 | $ 596.44 | $ 24,665.77 |

(1) See Attached Computation

Total Amount Due : $ 24,665.77 If Paid by April 7, 2008

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through April 7, 2008

### Employer Information

File Number  50305
Name         KING POTTER INC
Address      4224 RATCLIFF DR
City, State  BELVIDERE, IL. 61008-0830
Telephone

Page Number 2 of 3
Reference Number:  8-42
Date Computed: 04/07/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| August, 2007    | $ 4,143.18  | $ 4,143.18 | 8 | $ 524.08 | $ 524.08 |
| September, 2007 |   3,263.60  |   3,263.60 | 7 |   358.49 |   358.49 |
| October, 2007   |   4,717.44  |   4,717.44 | 6 |   440.81 |   440.81 |
| November, 2007  |   5,031.04  |   5,031.04 | 5 |   388.82 |   388.82 |
| December, 2007  |   4,901.12  |   4,901.12 | 4 |   300.75 |   300.75 |
| Total           | $ 22,056.38 |            |   |          | $ 2,012.95 |

(2) 1.50% Compounded per Month (or portion thereof)

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through April 7, 2008

### Employer Information

| | |
|---|---|
| File Number  50305 | |
| Name  KING POTTER INC | Page Number 3 of 3 |
| Address  4224 RATCLIFF DR | Reference Number: 8-42 |
| City, State  BELVIDERE, IL. 61008-0830 | Date Computed: 04/07/2008 |
| Telephone | |

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| August, 2007 | $ 4,143.18 | $ 4,143.18 | 09/21/2007 | 04/07/2008 | 200 | $ 172.52 | $ 172.52 |
| September, 2007 | 3,263.60 | 3,263.60 | 10/21/2007 | 04/07/2008 | 170 | 113.68 | 113.68 |
| October, 2007 | 4,717.44 | 4,717.44 | 11/21/2007 | 04/07/2008 | 139 | 131.37 | 131.37 |
| November, 2007 | 5,031.04 | 5,031.04 | 12/21/2007 | 04/07/2008 | 109 | 106.32 | 106.32 |
| December, 2007 | 4,901.12 | 4,901.12 | 01/21/2008 | 04/07/2008 | 78 | 72.55 | 72.55 |
| Total | $ 22,056.38 | | | | | | $ 596.44 |

(3) Compounded Daily per Internal Revenue Code Section 6621

LD/IC PAYMENT MAINTENANCE

Employer Number:  50305   KING POTTER INC
                          4224 RATCLIFF DR
                          BELVIDERE        IL 61008

Current LD/IC Balance:     $469.44

|    | Cont Mth. | Receipt Date | Receipt Number | Billed Amount | Receipt Amount | Balance Due | Original Receipt | Sts |
|----|-----------|--------------|----------------|---------------|----------------|-------------|------------------|-----|
| 1) | 4/2007    | 8/06/2007    | 169897         | $157.85       | $4.86          | $152.99     | 733046           | O   |
| 2) | 5/2007    | 8/06/2007    | 169898         | $57.45        | $.00           | $57.45      | 733048           | O   |
| 3) | 6/2007    | 8/14/2007    | 169899         | $81.08        | $.00           | $81.08      | 735057           | O   |
| 4) | 7/2007    | 10/09/2007   | 171635         | $177.92       | $.00           | $177.92     | 745938           | O   |

Enter Line Number:

# Exhibit C

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>KING, POTTER, INC.<br><br>                Defendant. | Case No. 08 C 833<br><br>Judge Kennelly |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1. I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5. I have devoted 10.05 hours in connection with the this case at the rate of $175.00 per hour. The total attorney fees billings is $1,758.75.

6. In addition, the filing fee was $350.00 and the fees for service of process were an additional $80.00. These costs total $430.00.

7. I certify that the attached detailed attorney fees and costs totaling $2,188.75 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: April 29, 2007

s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

2

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:27 PM | Slip Listing | Page | 1 |

---

Selection Criteria

---

Case (hand select)   Include: CTF-C./N7605
Slip.Classification  Open
Case (hand select)   Include: CTF-C./N7605
Slip.Transaction Ty  1 - 1

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 353264         TIME<br>2/4/2008<br>Billed       G:73026     3/3/2008<br>LEXIS FEE: Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | CPW<br>Lexis<br>CTF-C./N7605 | ▓▓<br>0.00<br>0.00<br>0.00 | ▓▓<br>A@1 | ▓▓ |
| 353263         TIME<br>2/4/2008<br>Billed       G:73026     3/3/2008<br>Review referral from Trust Funds; prepare database and load information regarding case facts, history and legal strategy. Prepare/ Open file for litigation; review corporate status and registered agent information for legal process. | DPM<br>Billable<br>CTF-C./N7605 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 353265         TIME<br>2/5/2008<br>Billed       G:73026     3/3/2008<br>Prepare summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and Taft-Hartley Act Sec. 301. | DPM<br>Billable<br>CTF-C./N7605 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 353267         TIME<br>2/8/2008<br>Billed       G:73026     3/3/2008<br>Prepare the complaint, summons, civil cover sheet and appearance for electronic filing; file the documents. | DPM<br>Billable<br>CTF-C./N7605 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 353268         TIME<br>2/11/2008<br>Billed       G:73026     3/3/2008<br>Review complaint filed at the Federal Court; load information regarding the filing date, | DPM<br>Billable<br>CTF-C./N7605 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:27 PM | Slip Listing | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| case number and assigned judge into the database; review (via the Internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | | | | |
| 353269     TIME<br>2/12/2008<br>Billed       G:73026      3/3/2008<br>Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filling of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | DPM<br>Billable<br>CTF-C./N7605 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 354303     TIME<br>3/4/2008<br>Billed       G:73213      4/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Matthew F. Kennelly : Status hearing set for 5/7/2008 at 09:30 AM. in courtroom 2103.; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N7605 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 354532     TIME<br>3/11/2008<br>Billed       G:73213      4/2/2008<br>Correspondence to trust fund contributions manager, James Rosemeyer regarding service; request for information regarding the reports. | DPM<br>Billable<br>CTF-C./N7605 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 354530     TIME<br>3/11/2008<br>Billed       G:73213      4/2/2008<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPM<br>Billable<br>CTF-C./N7605 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |

| 4/30/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 2:27 PM | Slip Listing | Page | 3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 354533           TIME<br>3/13/2008<br>Billed      G:73213      4/2/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N7605 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 355838           TIME<br>4/7/2008<br>WIP<br>Review correspondence from Trust Fund employee, Richard Oginski regarding the reports; correspondence to Trust Fund employee, Richard Oginski regarding follow-up on compliance with the reports and payments; download the documents, print and enclose in the file. | DPM<br>Billable<br>CTF-C./N7605 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 355926           TIME<br>4/9/2008<br>WIP<br>Review correspondence from Trust Fund employee, Richard Oginski regarding the amounts owed and the calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code; download the documents, print and enclose in the file. | DPM<br>Billable<br>CTF-C./N7605 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357104           TIME<br>4/25/2008<br>WIP<br>Prepare affidavit for James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPM<br>Billable<br>CTF-C./N7605 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

4/30/2008 WHITFIELD, McGANN & KETTERMAN
2:27 PM Slip Listing Page 4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 357105 TIME<br>4/28/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | DPM<br>Billable<br>CTF-C./N7605 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 357106 TIME<br>4/29/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | DPM<br>Billable<br>CTF-C./N7605 | 1.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 262.50 |

Grand Total

|  | Billable<br>Unbillable<br>Total | 10.55<br>0.00<br>10.55 |  | 1823.75<br>0.00<br>1823.75 |

*Handwritten annotations:*

10.05 @ 175  $1,758.75

Filing Fee  $ 350

Service  $ 80

$ 2,188.75

| | | | |
|---|---|---|---|
| **STERN PROCESS & INVESTIGATION, LLC**<br>205 W. RANDOLPH ST 1210<br>CHICAGO, IL, 60606     Phone (312)-853-2150   Fax (312)-853-3119 | | Tax ID  04-3801615 | |

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601         Phone: (312)-251-9700   Fax: (312)-251-9701

### Invoice#    177210

Date Of Invoice:   3/4/2008

Plaintiff: Trustees of the Regional Council of Carpenters
Court CaseID:   08C833        Firm#  N7605/DPM        Case Returned Date:  3/14/08
County:            UNITED STATES DISTRICT COURT
Process Server:   STEWART AND ASSOCIATES        ProcessType:   SUMMONS AND COMPLAINT

| Defendant:#1  King, Potter, Inc. | Type Of Service: CORPORATE SERVICE |
|---|---|
| Person Served:  SHELLEY JOHNSON, OFFICE | Date Of Service: 2/27/2008   Time: 1:21 PM |
| Sex FEMALE  Age 45   Height 5'5"   Build MEDIUM  Hair Color BROWN   Race WHITE | |

| Defendant:#2 | Type Of Service: |
|---|---|
| Person Served: | Date Of Service:   Time: |
| Sex   Age   Height   Build   Hair Color   Race | |

Location    530 S State St. #200, Belvidere, IL, 61008         Type Of Premise:

| | | | |
|---|---|---|---|
| Delivery Charge | $80.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$80.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $80.00 |

**INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED**
**PAYABLE UPON RECEIPT, 2% PER MONTH**