IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>KING, POTTER, INC.<br><br>                    Defendant. | Case No. 08 C 833<br>Judge Kennelly |

## NOTICE OF MOTION

Lois Cannell Ramon
KING, POTTER, INC.
530 S. State Street, Suite 200
Belvidere, IL 61008

PLEASE TAKE NOTICE that on **Tuesday, May 6, 2008** I shall appear before the Honorable Judge Kennelly at approximately 9:30 a.m. in Courtroom 2103 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on April 30, 2007, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700