## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 833 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Trustees vs. King, Potter, Inc. | | |

**DOCKET ENTRY TEXT**

Hearing held on motion for default judgment. Motion granted. It is ordered that judgment is entered for plaintiff and against defendant, in the amount of $29,334.75.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cv-00833    Document 8    Filed 05/06/2008    Page 1 of 1