IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND | |
| Plaintiffs, | Case No. 08 C 833 |
| | Judge Kennelly |
| v. | |
| KING, POTTER, INC. | |
| Defendant. | |

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 8, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, KING, POTTER, INC., in the sum of **$29,334.75** representing the following amounts:

| | | |
|---|---|---:|
| a) | ERISA Contributions (08/07 - 12/07) | $22,056.38 |
| b) | Interest on ERISA Contributions | $596.44 |
| c) | Liquidated Damages (04/07 - 12/07) | $2,482.39 |
| d) | Union Dues (08/07 - 12/07) | $2,010.79 |
| e) | Attorney Fees and Costs | $2,188.75 |
| | **TOTAL** | **$29,334.75** |

ENTERED:

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2008