# EXHIBIT LIST

### EXHIBIT A
Judgment Order

### EXHIBIT B
Third Party Respondent Answer to Citation Proceedings

# Exhibit A

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL COUNCIL )
OF CARPENTERS PENSION FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS WELFARE )
FUND, CHICAGO REGIONAL COUNCIL OF )
CARPENTERS APPRENTICE & TRAINEE FUND )
                                              Plaintiffs, )    Case No. 08 C 833
                                                        )    Judge Kennelly
v. )
KING, POTTER, INC. )
                                              Defendant. )

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 8, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, KING, POTTER, INC., in the sum of **$29,334.75** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (08/07 - 12/07) | $22,056.38 |
| b) | Interest on ERISA Contributions | $596.44 |
| c) | Liquidated Damages (04/07 - 12/07) | $2,482.39 |
| d) | Union Dues (08/07 - 12/07) | $2,010.79 |
| e) | Attorney Fees and Costs | $2,188.75 |
| | **TOTAL** | **$29,334.75** |

ENTERED:

*/s/ Matthew F. Kennelly*
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2008

2

# Exhibit B

**Exhibit B**

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

**National City Bank**
_____, certifies under penalty of perjury pursuant to Sec. 1-109 of the Illinois Code of Civil Procedure
(Citation Respondent or Agent)

that the following statements are true and correct:

I. _____ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. _____ Respondent has property that belongs or may belong to the Defendant as follows:

|   |   | DEFENDANT'S BALANCE | AMOUNT WITHHELD |
|---|---|---|---|
| A) | Savings Account $ | | |
| B) | Checking and/or Now Account $ | 844.30 | 58,669.50 |
| C) | Certificate of Deposit $ | | |
| D) | Money Market Account $ | | |
| E) | Trust Account $ | | |
| F) | Wages, Salary or Commissions $ | | |
| G) | Safety Deposit Box | | |
| H) | Land Trust No. | | |
| I) | Other Property (Describe) Checking | 2,035.06 | 58,669.50 |
| J) | Additional Information Relating to Debtor's Property: | | |

1. Adverse Claimant: Name_____ Address_____

2. Right of Set Off: Basis:_____ Amount_____

3. Exemption: Basis:_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment $_____

According to the records maintained by the Citation Respondent the above information is correct as of this date:_____

Respondent/Agent (Type or Print):
Agent Name_____

Business Name_____

Address_____

_____

Phone_____

_____
Agent for Citation Respondent

Yvonne James
Special Services Processor
National City Bank
4100 West 150th Street
Cleveland, Ohio 44135
216-257-5829

216 257 5829

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 833 Judge Kennelly |
| v. | ) ) | |
| KING, POTTER, INC. | ) ) | |
| Defendant. | ) | |

# COURTESY COPY

Motion for Turn Over
Thursday, June 19, 2008
9:30a.m.

## JUDGE KENNELLY

## CHAMBERS : 2188