IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KING, POTTER, INC.<br><br>Defendant. | Case No. 08 C 833<br>Judge Kennelly |

### NOTICE OF MOTION

Lois Cannell Ramon
King, Potter, Inc.
530 S. State Street, Suite 200
Belvidere, IL 61008
facsimile: 815-544-9466

National City Bank
4100 W. 150th Street
Cleveland, OH 44135
Yvonne James

PLEASE TAKE NOTICE that on **Thursday, June 19, 2008** I shall appear before the Honorable Judge Kennelly at approximately 9:30 a.m. in Courtroom 2103 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

s/DANIEL P. McANALLY

Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Turn Over via U.S. first class mail and facsimile to the person/s to who said Notice is directed on June 16, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 0237
CONNECTION TEL                              18155449466
CONNECTION ID
ST. TIME                 06/16 13:45
USAGE T                  01'16
PGS. SENT                9
RESULT                   OK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>KING, POTTER, INC.<br><br>               Defendant. | Case No. 08 C 833<br>Judge Kennelly |

## NOTICE OF MOTION

Lois Cannell Ramon
King, Potter, Inc.
530 S. State Street, Suite 200
Belvidere, IL 61008
facsimile: 815-544-9466

National City Bank
4100 W. 150th Street
Cleveland, OH 44135
Yvonne James

    PLEASE TAKE NOTICE that on **Thursday, June 19, 2008** I shall appear before the Honorable Judge Kennelly at approximately 9:30 a.m. in Courtroom 2103 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Turn Over.

                      TRUSTEES of the CHICAGO REGIONAL
                      COUNCIL OF CARPENTERS PENSION
                      FUND, et al.

                      s/DANIEL P. McANALLY